Choate v. State, 59 Tex. Cr. R. 266, 128 S. W. 624; Hargrave v. State, 53 Tex. Cr. R. 147, 109 S. W. 163; Essary v. State, 53 Tex. Cr. R. 596, 111 S. W. 927; Baird v. State, 51 Tex. Cr. R. 322, 101 S. W. 991; Brown v. State, 57 Tex. Cr. R. 269, 122 S. W. 565; King v. State, 57 Tex. Cr. R. 363, 123 S. W. 135; Kemper v. State, 57 Tex. Cr. R. 355, 123 S. W. 131.

In the absence of a statement of facts, no other question is raised which we can review. The judgment is therefore affirmed.

---

### WRIGHT v. STATE. (No. 4040.)

(Court of Criminal Appeals of Texas. April 12, 1916.)

CRIMINAL LAW ☞1114(3) — APPEAL — REVIEW.

Where no statement of facts accompanies the record on appeal, the only ground presented in the motion for a new trial which is reviewable is that going to the sufficiency of the indictment.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2921; Dec. Dig. ☞1114(3).]

Appeal from District Court, Grayson County; M. H. Garnett, Judge.

Clabe Wright was convicted of robbery, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of robbery and his punishment assessed at five years' confinement in the state penitentiary.

No statement of facts accompanies the record. Consequently the only ground presented in the motion for a new trial we can consider is the one attacking the sufficiency of the indictment. The indictment charges robbery under our statute, and the court did not err in overruling the motion to quash it.

The judgment is affirmed.

---

### BURKS v. STATE. (No. 4019.)

(Court of Criminal Appeals of Texas. April 5, 1916.)

1. CRIMINAL LAW ☞1094, 1101—APPEAL AND ERROR—STATEMENT OF FACTS AND BILLS OF EXCEPTION—NECESSITY.

On appeal from a conviction, where the statement of facts does not accompany the record, and no bills of exception were reserved, the judgment will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204; Dec. Dig. ☞1094, 1101.]

2. CRIMINAL LAW ☞1122(4) — RECORD ON APPEAL — REVIEW OF INSTRUCTIONS — EVIDENCE NOT SHOWN.

The court cannot review the refusal of instructions in the absence of the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2942; Dec. Dig. ☞1122(4).]

Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge.

Howard Burks was convicted of aggravated assault, and he appeals. Judgment affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of aggravated assault, his punishment being assessed at a fine of $25.

[1, 2] The statement of facts does not accompany this record, nor were bills of exception reserved. There are refused instructions; but, in the absence of the testimony, we are unable to say there was any error shown in refusing these instructions.

In the condition of this transcript, the judgment will be ordered affirmed.